AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF Oregon

United States of America
v.
Eric Martin Hamilton
*Defendant*

Case No. 3:98CR00575-1 MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eric Martin Hamilton ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: *See attached "Petition for Warrant"*

Date: ______________________ ______________________________
*Issuing officer's signature*

City and state: ______________________ ______________________________
*Printed name and title*

### Return

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________

at *(city and state)* ______________________________.

Date: ______________________ ______________________________
*Arresting officer's signature*

______________________________
*Printed name and title*